### MAAS, Respondent, *v.* DREYER, Appellant.

*(Common Pleas of New York City and County, General Term.* July 11, 1892.)

Appeal from fourth district court.

Action by Samuel Maas against Henry H. Dreyer.

Argued before BISCHOFF and GIEGERICH, JJ.

*R. H. Arnow,* for appellant. *Rabe & Kerr,* for respondent.

No opinion. Judgment affirmed, with costs.

---

### McDOWELL, Appellant, *v.* EARLY, Respondent.

*(Common Pleas of New York City and County, General Term.* July 11, 1892.)

Appeal from ninth district court.

Action by James McDowell against Mary A. Early

Argued before BISCHOFF and GIEGERICH, JJ.

*W. E. Benjamin,* for appellant. *J. Dalahanty,* for respondent.

No opinion. Judgment affirmed, with costs.

---

### RUSSELL, Respondent, *v.* MUSCHENHEIM, Appellant.

*(Common Pleas of New York City and County, General Term.* July 11, 1892.)

Appeal from eighth district court.

Action by Bennett E. Russell against William G. Muschenheim.

Argued before BISCHOFF and GIEGERICH, JJ.

No opinion. Judgment affirmed, with costs.

---

### SCHAFFEL, Respondent, *v.* WENNERSTROM, Appellant.

*(Common Pleas of New York City and County, General Term.* July 11, 1892.)

Appeal from sixth district court.

Action by Catharine Schaffel against Albert Wennerstrom.

Argued before BISCHOFF and GIEGERICH, JJ.

*A. A. Michell,* for appellant. *Catharine Schaffel, pro se.*

No opinion. Judgment affirmed, with costs.

---

### PEOPLE *ex rel.* NALLY *v.* MacLEAN *et al.*

*(Superior Court of New York City, General Term.* January 11, 1892.)

*Certiorari* on the relation of one Nally to Charles F. MacLean and others.

No opinion. Writ dismissed.

---

### GRIGGS *v.* DAY *et al.*

*(Superior Court of New York City, General Term.* May 2, 1892.)

Appeal from judgment on report of referee.

Action by Clark R. Griggs against Mellville C. Day and another, surviving executors of Cornelius K. Garrison, deceased. From a judgment of a referee both parties appeal.

For former reports, see 11 N. Y. Supp. 885; 12 N. Y. Supp. 958, *mem.;* 18 N. Y. Supp. 796.

Argued before SEDGWICK, C. J., and FREEDMAN and McADAM, JJ.

*William R. Bronk,* for plaintiff. *John H. Post,* for defendants.

PER CURIAM. At the beginning of the last trial the attorneys of the parties stipulated that the evidence introduced upon the former trial, as printed in the case upon the former appeal, should be the evidence of the parties upon